# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WOODS HOLE OCEANOGRAPHIC INSTITUTION,<br><br>Plaintiff,<br><br>v.<br><br>ATS SPECIALIZED, INC., RIDGEWAY INTERNATIONAL USA, INC., GUY TOMBS LIMITED, AUSTRALIAN NATIONAL MARITIME MUSEUM, SAM BROUGHTON WRIGHT, JR., SERVICE TIRE TRUCK CENTER, INC., AND TRAVELCENTERS OF AMERICA,<br><br>Defendants. | CIVIL ACTION NO. 1:17-cv-12301-NMG |

## MOTION OF AUSTRALIAN NATIONAL MARITIME MUSEUM TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER AND PERSONAL JURISDICTION

Pursuant to Rule 7 of the Local Rules of this Court and Rules 12(b)(1) and 12(b)(2) of the Federal Rules of Civil Procedure, Australian National Maritime Museum, appearing specially and not generally, moves to dismiss the complaint herein for lack of subject matter jurisdiction and lack of personal jurisdiction.

The Australian National Maritime Museum also moves for such other and further relief as may be appropriate.

## REQUEST FOR ORAL ARGUMENT

The Australian National Maritime Museum respectfully requests oral argument on this motion.

Respectfully submitted,

AUSTRALIAN NATIONAL MARITIME MUSEUM
By: Its Attorneys

*/s/ Chad M. Vacarella*
Chad M. Vacarella, BBO #637394
   cvacarella@hinshawlaw.com
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7013
Facsimile: 617-213-7001

Date: July 27, 2018

*/s/ Forrest Booth*
Forrest Booth (Pro hac vice application pending)
   fbooth@hinshawlaw.com
Cal. State Bar 74166
Pamela L. Schultz (Pro hac vice application pending)
   pschultz@hinshawlaw.com
Cal. State Bar 269032
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

**CERTIFICATE OF SERVICE**

I, Chad M. Vacarella, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and sent by first class mail to all others on July 27, 2018.

*/s/ Chad M. Vacarella*
Chad M. Vacarella

302268928v1 1003324