United States District Court
District of Massachusetts

| | |
|---|---|
| Woods Hole Oceanographic Institution,        )<br>                                              )<br>            Plaintiff,                       )<br>                                              )<br>       v.                                     )<br>                                              )<br> ATS Specialized, Inc., et al.,               )<br>                                              )<br>            Defendants.                       )  | Civil Action No.<br>17-12301-NMG |

MEMORANDUM & ORDER

GORTON, J.

The Court has considered the joint motion of defendants to amend scheduling order (Docket No. 301) and plaintiff's opposition to the motion (Docket No. 314).

Because the Court deems the requested extension to be sought in good faith and not for purposes of delay and because it is unlikely that this Court will be able to accommodate a civil jury trial of this size in or about December, 2020, the joint motion of defendants to amend scheduling order (Docket No. 301) is **ALLOWED**.

So ordered.

/s/ Nathaniel M. Gorton
_____
Nathaniel M. Gorton
United States District Judge

Dated September 14, 2020